# Court of Appeals
# of the State of Georgia

ATLANTA,___April 11, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0795. ANTHONY R. HAMBY v. EARL PAYNE.**

This case originated in magistrate court where Earl Payne filed a tort action against Anthony Hamby. After an adverse ruling, defendant Hamby appealed the magistrate court's decision to the superior court. The superior court granted judgment for the plaintiff, and Hamby filed a motion to set aside. After the court denied the motion, Hamby filed this direct appeal. We, however, lack jurisdiction.

Hamby was required to follow the discretionary appeal procedures to obtain review before this Court. First, because the case reached the superior court on de novo appeal from a magistrate court's decision OCGA § 5-6-35(a) (1), requires this procedure. Second, because Hamby is challenging the denial of this motion to set aside, which was based upon OCGA § 9-11-60 (d), OCGA § 5-6-35 (a) (8) requires this procedure. See *MMT Enterprises, Inc. v. Cullars,* 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995). Hamby's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*04/11/2016____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*